## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Sharon Williams                              CHAPTER 13

                          Debtor(s)                 BKY. NO. 19-17528 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of The Bank of New York Mellon Trust Company, N.A.FKA The Bank of New York TrustCompany,N.A. as successor to JPMorgan Chase Bank,N.A. as Trustee for ResidentialAsset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2005-SP3 and index same on the master mailing list.

      -

          Respectfully submitted,
          **/s/ Rebecca A. Solarz Esquire**
          Rebecca A Solarz, Esquire
          Kevin G. McDonald, Esquire
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322