# Accero™ Self Service -Current Pay Statement



## Pay Statement History Details



Shriners Hospitals for Children®

2900 ROCKY POINT DRIVE
TAMPA FL 33607
813-281-0300

SHC PHILADELPHIA
Ms SHARON F WILLIAMS
1706 SCATTERGOOD STREET
PHILADELPHIA, PA 19124

Employee ID: [redacted]
Pay Type: Hourly
Base Salary/Rate: 19.5775

### Payment Details

Payment Number: 99002150
Payment Date: 12-05-2019
Period Begin Date: 11-17-2019
Period End Date: 11-30-2019

### Earnings

| Description | Hours | Rate | From Date | To Date | Current | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR PAY | 56.00 | 19.5775 | | | 1,096.34 | 33,105.55 |
| OVERTIME PAY | | | | | | 14.60 |
| GTL IMPUTED INC | | | | | 2.76 | 33.12 |
| PAID TIME OFF | 24.00 | 19.5775 | | | 469.86 | 6,049.44 |
| TOTAL PAY | | | | | $1,568.96 | $39,202.79 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| FICA-OASDI | 92.45 | 2,310.01 |
| FEDERAL W/H TAX (S-01) | 134.56 | 3,361.47 |
| FICA-HI | 21.63 | 540.25 |
| PA (S-01) | 45.78 | 1,143.79 |
| PHILADELPHIA CI | 60.74 | 1,519.89 |
| PA-Other | 0.94 | 23.52 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| GTL IMPUTED INC | 2.76 | 33.12 |
| *TRADITION DENT | 7.52 | 188.00 |
| *VISION | 4.11 | 102.75 |
| *HMO | 66.15 | 1,653.75 |
| ADDITIONAL AD&D | 1.15 | 28.75 |
| EE OPTIONL LIFE | 4.78 | 119.50 |
| CHILD OPT LIFE | 1.94 | 48.50 |
| MEALS | 73.63 | 1,315.31 |
| SHC DONATION | 1.00 | 25.00 |
| Net Pay | $1,049.82 | $26,789.18 |

### Accrual Balances

| Accrual Type | Accrual Amount |
|---|---|
| PAID TIME OFF | 146.28 |
| EXT ILL BANK | 204.88 |

## Pay Statement History Details




2900 ROCKY POINT DRIVE
TAMPA FL 33607
813-281-0300

SHC PHILADELPHIA
Ms SHARON F WILLIAMS
1706 SCATTERGOOD STREET
PHILADELPHIA, PA 19124

Employee ID: 
Pay Type: Hourly
Base Salary/Rate: 19.5775

**Payment Details**

Payment Number: 99002085
Payment Date: 12-19-2019
Period Begin Date: 12 01 2019
Period End Date: 12-14-2019

**Earnings**

| Description | Hours | Rate | From Date | To Date | Current | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR PAY | 56.50 | 19.5775 | | | 1,106.13 | 34,211.68 |
| OVERTIME PAY | 0.50 | 29.3662 | | | 14.68 | 29.36 |
| GTL IMPUTED INC | | | | | | 33.12 |
| WKND DAY PREM | 17.00 | | | | | |
| PAID TIME OFF | 23.00 | 19.5775 | | | 450.28 | 6,499.72 |
| TOTAL PAY | | | | | $1,571.09 | $40,773.88 |

**Taxes**

| Description | Current | Year to Date |
|---|---|---|
| FICA-OASDI | 92.59 | 2,402.60 |
| FEDERAL W/H TAX (S-01) | 134.81 | 3,496.28 |
| FICA-HI | 21.65 | 561.90 |
| PA (S-01) | 45.84 | 1,189.63 |
| PHILADELPHIA CI | 60.82 | 1,580.71 |
| PA-Other | 0.94 | 24.46 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| GTL IMPUTED INC | | 33.12 |
| *TRADITION DENT | 7.52 | 195.52 |
| *VISION | 4.11 | 106.86 |
| *HMO | 66.15 | 1,719.90 |
| ADDITIONAL AD&D | 1.15 | 29.90 |
| EE OPTIONL LIFE | 4.78 | 124.28 |
| CHILD OPT LIFE | 1.94 | 50.44 |
| MEALS | 42.18 | 1,357.49 |
| SHC DONATION | 1.00 | 26.00 |
| Net Pay | $1,085.61 | $27,874.79 |

**Accrual Balances**

| Accrual Type | Accrual Amount |
|---|---|
| PAID TIME OFF | 134.59 |
| EXT ILL BANK | 206.72 |

**Pay Statement History Details**




2900 ROCKY POINT DRIVE
TAMPA FL 33607
813-281-0300

SHC PHILADELPHIA
Ms SHARON F WILLIAMS
1706 SCATTERGOOD STREET
PHILADELPHIA, PA 19124

Employee ID: [redacted]
Pay Type: Hourly
Base Salary/Rate: 20.0700

**Payment Details**

Payment Number: 99002053
Payment Date: 01-02-2020
Period Begin Date: 12-15-2019
Period End Date: 12-28-2019

**Earnings**

| Description | Hours | Rate | From Date | To Date | Current | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR PAY | 77.25 | 20.0700 | | | 1,550.41 | 1,550.41 |
| GT_ IMPUTED INC | | | | | 5.16 | 5.16 |
| HOLIDAY PREMIUM | 8.75 | 10.0350 | | | 87.81 | 87.81 |
| PAID TIME OFF | 2.75 | 20.0700 | | | 55.19 | 55.19 |
| **TOTAL PAY** | | | | | **$1,698.57** | **$1,698.57** |

**Taxes**

| Description | Current | Year to Date |
|---|---|---|
| FICA-OASDI | 100.43 | 100.43 |
| FEDERAL W/H TAX (S-01) | 149.41 | 149.41 |
| FICA-HI | 23.49 | 23.49 |
| PA (S-01) | 49.73 | 49.73 |
| PHILADELPHIA CI | 65.76 | 65.76 |
| PA-Other | 1.02 | 1.02 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| GTL IMPUTED INC | 5.16 | 5.16 |
| *TRADITION DENT | 8.42 | 8.42 |
| *VISION | 4.11 | 4.11 |
| *HMO | 66.15 | 66.15 |
| ADDITIONAL AD&D | 1.15 | 1.15 |
| EE OPTIONL LIFE | 4.78 | 4.78 |
| CHILD OPT LIFE | 1.94 | 1.94 |
| MEALS | 79.06 | 79.06 |
| SHC DONATION | 1.00 | 1.00 |
| **Net Pay** | **$1,136.96** | **$1,136.96** |

**Accrual Balances**

| Accrual Type | Accrual Amount |
|---|---|
| PAID TIME OFF | 143.22 |
| EXT ILL BANK | 208.57 |

## Pay Statement History Details




2900 ROCKY POINT DRIVE
TAMPA FL 33607
813-281-0300

SHC PHILADELPHIA
Ms SHARON F WILLIAMS
1706 SCATTERGOOD STREET
PHILADELPHIA, PA 19124

Employee ID: [redacted]
Pay Type: Hourly
Base Salary/Rate: 20.0700

**Payment Details**

Payment Number: 99002048
Payment Date: 01-16-2020
Period Begin Date: 12-29-2019
Period End Date: 01-11-2020

**Earnings**

| Description | Hours | Rate | From Date | To Date | Current | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR PAY | 64.00 | 20.0700 | | | 1,284.48 | 2,834.89 |
| GTL IMPUTED INC | | | | | | 5.16 |
| HOLIDAY PREMIUM | | | | | | 87.81 |
| PAID TIME OFF | 16.00 | 20.0700 | | | 321.12 | 376.31 |
| **TOTAL PAY** | | | | | **$1,605.60** | **$3,304.17** |

**Taxes**

| Description | Current | Year to Date |
|---|---|---|
| FICA-OASDI | 94.67 | 195.10 |
| FEDERAL W/H TAX (S-01) | 138.25 | 287.66 |
| FICA-HI | 22.14 | 45.63 |
| PA (S-01) | 46.88 | 96.61 |
| PHILADELPHIA CI | 62.16 | 127.92 |
| PA-Other | 0.96 | 1.98 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| GTL IMPUTED INC | | 5.16 |
| *TRADITION DENT | 8.42 | 16.84 |
| *VISION | 4.11 | 8.22 |
| *HMO | 66.15 | 132.30 |
| ADDITIONAL AD&D | 1.15 | 2.30 |
| EE OPTIONL LIFE | 4.78 | 9.56 |
| CHILD OPT LIFE | 1.94 | 3.88 |
| MEALS | 41.43 | 120.49 |
| SHC DONATION | 1.00 | 2.00 |
| **Net Pay** | **$1,111.56** | **$2,248.52** |

**Accrual Balances**

| Accrual Type | Accrual Amount |
|---|---|
| PAID TIME OFF | 138.6 |
| EXT ILL BANK | 210.42 |

## Pay Statement History Details



Shriners Hospitals for Children®

2900 ROCKY POINT DRIVE
TAMPA FL 33607
813-281-0300

SHC PHILADELPHIA
Ms SHARON F WILLIAMS
1706 SCATTERGOOD STREET
PHILADELPHIA, PA 19124

Employee ID: [redacted]
Pay Type: Hourly
Base Salary/Rate: 20.0700

**Payment Details**

Payment Number: 99002033
Payment Date: 01-30-2020
Period Begin Date: 01-12-2020
Period End Date: 01-25-2020

**Earnings**

| Description | Hours | Rate | From Date | To Date | Current | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR PAY | 79.50 | 20.0700 | | | 1,595.57 | 4,430.46 |
| OVERTIME PAY | 0.25 | 30.1050 | | | 7.53 | 7.53 |
| GTL IMPUTED INC | | | | | | 5.16 |
| WKND DAY PREM | 15.75 | | | | | |
| HOLIDAY PREMIUM | | | | | | 87.81 |
| PAID TIME OFF | 0.50 | 20.0700 | | | 10.04 | 386.35 |
| TOTAL PAY | | | | | $1,613.14 | $4,917.31 |

**Taxes**

| Description | Current | Year to Date |
|---|---|---|
| FICA-OASDI | 95.14 | 290.24 |
| FEDERAL W/H TAX (S-01) | 139.15 | 426.81 |
| FICA-HI | 22.25 | 67.88 |
| PA (S-01) | 47.11 | 143.72 |
| PHILADELPHIA CI | 62.45 | 190.37 |
| PA-Other | 0.97 | 2.95 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| GTL IMPUTED INC | | 5.16 |
| *TRADITION DENT | 8.42 | 25.26 |
| *VISION | 4.11 | 12.33 |
| *HMO | 66.15 | 198.45 |
| ADDITIONAL AD&D | 1.15 | 3.45 |
| EE OPTIONL LIFE | 4.78 | 14.34 |
| CHILD OPT LIFE | 1.94 | 5.82 |
| MEALS | 52.28 | 172.77 |
| SHC DONATION | 1.00 | 3.00 |
| Net Pay | $1,106.24 | $3,354.76 |

**Accrual Balances**

| Accrual Type | Accrual Amount |
|---|---|
| PAID TIME OFF | 149.52 |
| EXT ILL BANK | 212.27 |

## Pay Statement History Details




2900 ROCKY POINT DRIVE
TAMPA FL 33607
813-281-0300

SHC PHILADELPHIA
Ms SHARON F WILLIAMS
1706 SCATTERGOOD STREET
PHILADELPHIA, PA 19124

Employee ID: [redacted]
Pay Type: Hourly
Base Salary/Rate: 20.0700

**Payment Details**

Payment Number: 99002175
Payment Date: 02-13-2020
Period Begin Date: 01-26-2020
Period End Date: 02-08-2020

**Earnings**

| Description | Hours | Rate | From Date | To Date | Current | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR PAY | 40.00 | 20.0700 | | | 802.80 | 5,233.26 |
| OVERTIME PAY | | | | | | 7.53 |
| GTL IMPUTED INC | | | | | 5.59 | 10.75 |
| HOLIDAY PREMIUM | | | | | | 87.81 |
| PAID TIME OFF | 40.00 | 20.0700 | | | 802.80 | 1,189.15 |
| **TOTAL PAY** | | | | | **$1,611.19** | **$6,528.50** |

**Taxes**

| Description | Current | Year to Date |
|---|---|---|
| FICA-OASDI | 95.01 | 385.25 |
| FEDERAL W/H TAX (S-01) | 138.92 | 565.73 |
| FICA-HI | 22.22 | 90.10 |
| PA (S-01) | 47.05 | 190.77 |
| PHILADELPHIA CI | 62.37 | 252.74 |
| PA-Other | 0.97 | 3.92 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| GTL IMPUTED INC | 5.59 | 10.75 |
| *TRADITION DENT | 8.42 | 33.68 |
| *VISION | 4.11 | 16.44 |
| *HMO | 66.15 | 264.60 |
| ADDITIONAL AD&D | 1.15 | 4.60 |
| EE OPTION_LIFE | 4.78 | 19.12 |
| CHILD OPT LIFE | 1.94 | 7.75 |
| MEALS | 29.78 | 202.55 |
| SHC DONATION | 1.00 | 4.00 |
| **Net Pay** | **$1,121.73** | **$4,476.49** |

**Accrual Balances**

| Accrual Type | Accrual Amount |
|---|---|
| PAID TIME OFF | 120.9 |
| EXT ILL BANK | 214.12 |