**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: SHARON WILLIAMS,** | : | |
| **DEBTOR.** | : | **CHAPTER 13** |
| | : | **NO.:  19-17528 (ELF)** |
| | : | |

_____

**CERTIFICATE OF SERVICE**

I, MAGGIE S. SOBOLESKI, ESQUIRE, certify that I did cause a true and correct copy of

the Debtor's FIRST Amended Plan to be served this 11TH  day of MAY, 2020 upon all creditors

and those required to receive notice via the court's electronic filing service AND via regular U.S.

mail for the following creditors:

LVNV FUNDING – P.O. Box 10587 – Greenville, SC  29603

Portfolio Recovery Assocs., LLC --  P.O. Box 41067, Norfolk, VA  23541

By: */s/Maggie S. Soboleski*
Pa. Id. No.: 88268
2705 Bainbridge Street
Philadelphia, PA 19146
Tele.: 215-620-2132
E-Mail: msoboles@yahoo.com

Dated: MAY 11, 2020