### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: SHARON WILLIAMS,** : | |
| **DEBTOR.** : | **CHAPTER 13** |
| : | **NO.: 19-17528 (ELF)** |
| : | |

_____

### CERTIFICATE OF SERVICE

I, MAGGIE S. SOBOLESKI, ESQUIRE, certify that I did cause a true and correct copy of the Debtor's SECOND Amended Plan to be served this 8TH day of JUNE, 2020 upon all creditors and those required to receive notice via the court's electronic filing service AND via regular U.S. mail for the following creditors:

LVNV FUNDING – P.O. Box 10587 – Greenville, SC  29603

Portfolio Recovery Assocs., LLC --  P.O. Box 41067, Norfolk, VA  23541

By: */s/Maggie S. Soboleski*
Pa. Id. No.: 88268
2705 Bainbridge Street
Philadelphia, PA 19146
Tele.: 215-620-2132
E-Mail: msoboles@yahoo.com

Dated: June 8, 2020