# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-17528-ELF

SHARON WILLIAMS

1706 SCATTERGOOD STREET

PHILADELPHIA, PA 19124-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHARON WILLIAMS

1706 SCATTERGOOD STREET

PHILADELPHIA, PA 19124-

Counsel for debtor(s), by electronic notice only.

    MAGGIE S. SOBOLESKI
    CENTER CITY LAW OFFICES LLC
    2705 BAINBRIDGE STREET
    PHILADELPHIA, PA 19146-

Date: 12/13/2021

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee