**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| SHARON WILLIAMS | |
| Debtor | Bankruptcy No. 19-17528-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: March 15, 2022**

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MAGGIE S. SOBOLESKI
CENTER CITY LAW OFFICES LLC
2705 BAINBRIDGE STREET
PHILADELPHIA, PA 19146-

Debtor:
SHARON WILLIAMS

1706 SCATTERGOOD STREET

PHILADELPHIA, PA 19124-